# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Michael Foley, | Case No. 2:16-cv-2369-APG-PAL |
| Plaintiff, | **ORDER DISMISSING DEFENDANTS DESERT OASIS HIGH SCHOOL and WRIGHT ELEMENTARY SCHOOL** |
| v. | |
| Christopher Hermes, et al., | **(ECF No. 23)** |
| Defendants. | |

On September 21, 2017, the plaintiff was advised by the court (ECF No. 23) that this action would be dismissed without prejudice as to defendants Desert Oasis High School and Wright Elementary School unless on or before October 27, 2017, the plaintiff filed proper proof of service or showed good cause why such service was not timely made. The plaintiff has failed to file proof of service nor shown good cause. Nor has the plaintiff shown cause why this action should not be dismissed without prejudice as to those defendants under FRCP 4(m). Therefore,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice** as to defendants Desert Oasis High School and Wright Elementary School only.

Dated: November 3, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE