MICHAEL FOLEY
209 S. Stephanie St. Ste. B-191
Henderson, NV 89012
Telephone: (702) 771-9725
Plaintiff Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL FOLEY, | Case No.    2:16-cv-02369-APG-PAL |
| Plaintiff, | |
| vs. | |
| Christopher Hermes, an individual; Paul Carapucci, Jr., an individual; Monica Lang, an individual; Carol J. Erbach, an individual; Pamela Norton Lindemuth, an individual; Desert Oasis High School; Canarelli Middle School; Wright Elementary School; Patricia Foley, an individual; Christopher Hosein, an individual; Doreen Kwiecien, an individual; Debbie Hancock, an individual; Clark County, DOES 1-20 and ROES1-20, Defendants. | ORDER<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS ERBACH AND HERMES' MOTION TO DISMISS |

COMES NOW, Plaintiff Michael Foley, and hereby moves the Court to extend the time to respond to Defendants Carol J. Erbach and Christopher Hermes' MOTION TO DISMISS. This motion is filed unopposed. This is the first request for extension of time.

On or about November 1, 2017, the aforementioned defendants filed their MOTION TO DISMISS the Plaintiff's complaint. The Plaintiff did not receive the motion until November 13, 2017, and counsel for the defendant has agreed to not oppose this motion. See the email correspondence, Exhibit "1."

1

Therefore, the Plaintiff respectfully requests that the Court extend the deadline for filing the response to November 28, 2017.

DATED this 15th day of November, 2017.

By: _____

Michael Foley
209 S. Stephanie St. Ste. B-191
Henderson, Nevada 89012

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: November 20, 2017.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS ERBACH AND HERMES' MOTION TO DISMISS was served by first class mail on November 15, 2017 to the following:

S. Scott Greenberg
5100 W. Sahara Ave.
Las Vegas, Nevada, 89146
Attorney for the appearing defendants

SIGNED,

_____

MICHAEL FOLEY, Plaintiff Pro Se

2