# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

MICHAEL FOLEY,

    Plaintiff,

v.

CHRISTOPHER HERMES, et al.,

    Defendants.

Case No. 2:16-cv-02369-APG-PAL

**ORDER GRANTING MOTION TO EXTEND TIME**

(ECF No. 37)

    Plaintiff Michael Foley seeks additional time to file an amended complaint. His motion **(ECF No. 37) is GRANTED IN PART**. Foley may file an amended complaint by April 4, 2018. No further extensions will be granted absent extraordinary circumstances.

    DATED this 23rd day of March, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE