**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MICHAEL FOLEY, | Case No. 2:16-cv-02369-APG-PAL |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO EXTEND TIME** |
| CHRISTOPHER HERMES, et al., | (ECF No. 63) |
| Defendants. | |

Plaintiff Michael Foley seeks additional time to submit proof that he has timely and properly served defendant Clark County. ECF No. 63. His motion **(ECF No. 63) is GRANTED**. Foley has until August 16, 2019 to file proof that he has properly served defendant Clark County. No further extensions will be granted absent extraordinary circumstances.

DATED this 22nd day of July, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE