# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL FOLEY, | Case No.: 2:16-cv-02369-APG-BNW |
| Plaintiff | **Order Dismissing Defendant Clark County** |
| v. | |
| CHRISTOPHER HERMES, et al., | |
| Defendants | |

In light of plaintiff Michael Foley's response to the court's order granting an extension of time (ECF No. 72),

IT IS ORDERED that plaintiff Michael Foley's claims against defendant Clark County are DISMISSED without prejudice for failure to timely effect service of process.

DATED this 21st day of August, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE